IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED
SEP 0 5 2018
Clerk, U.S. District Court
District Of Montana
Helena

| PATRICK O'MALLEY, | CV-17-44-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | Order |
| UNITED STATES and DUKE'S CONSULTING, LLC d/b/a GOT SNOW 406, | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal with Prejudice filed herein;

IT IS HEREBY ORDERED that all claims asserted by Plaintiff, Patrick O'Malley, against Defendants, United States and Duke's Consulting, LLC d/b/a Got Snow 406, are hereby DISMISSED WITH PREJUDICE, and the parties are to bear their own costs and attorneys' fees.

Dated this 5th day of September, 2018.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE